setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

---

**Stanley HOELSCHER,
Movant/Appellant,**

v.

**STATE of Missouri,
Defendant/Respondent.**

No. 60872.

Missouri Court of Appeals,
Eastern District,
Division One.

June 2, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court, St. Louis City; Charles D. Kitchin, Judge.

David C. Hemingway, Asst. Public Defender, St. Louis City, for movant, appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for defendant, respondent.

### ORDER

PER CURIAM.

Movant appeals from an order denying his 24.035 motion on the merits without an evidentiary hearing. The motion court's judgment is based on findings of fact that are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only,